■ RONA SLONIMSKY, Respondent, v. HYMAN SLONIMSKY, Appellant.— Appeal by the husband from an order of the Domestic Relations Court of the City of New York, Family Court Division, Kings County, entered August 24, 1959, which directed him to pay $10 a week for the support of respondent, his wife, on the ground that she is likely to become a public charge (N. Y. City Dom. Rel. Ct. Act, § 137, subd. 4). Order reversed on the law and the facts, without costs, and petition dismissed, without costs. Findings of fact insofar as they may be inconsistent herewith are reversed, and new findings are made as indicated herein. The proof does not show that the circumstances of the parties have changed, or that the petitioner is likely to become a public charge (see, e.g., *Matter of Hamilton* v. *Hamilton*, 254 App. Div. 748). Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ GERALD S. WEINBERGER et al., Respondents, v. NATIONAL CASUALTY COMPANY, Appellant.— In an action to recover upon an accident and health insurance policy for the loss of life of the insured, which it is claimed resulted solely from accidental bodily injury, the defendant appeals from an order denying its motion for summary judgment dismissing the complaint. Order reversed, without costs, and motion granted, without costs. The record shows conclusively and without dispute that plaintiffs failed to file proof of claim as required by the policy and that such failure was not waived by defendant. In view of these established facts defendant cannot be held liable on its policy. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

## (April 27, 1960)

■ CAMERON ESTATES, INC., Respondent, v. GEORGE T. DEERING et al., Appellants, et al., Defendant.— In an action under article 15 of the Real Property Law to bar claims and remove clouds on title to a tract of land consisting of about 560 acres in Suffolk County, defendants, other than the County of Suffolk, appeal from an order of the Supreme Court, Suffolk County, dated April 23, 1959, denying their motion for a rehearing on additional papers or for reargument of a motion to vacate a judgment on the ground of newly discovered evidence and surprise. Order, insofar as it denies a rehearing on additional papers, affirmed, with $10 costs and disbursements. No opinion. Appeal from so much of the order as denies reargument, dismissed, without costs. Such portion of the order is not appealable (*Alessi* v. *Alessi*, 6 A D 2d 1044). Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ JOSEPH CIACCIO et al., Respondents, v. WELBILT CORPORATION, Appellant.— In an action to enjoin such use of a loading platform and of incidental parking as interferes with plaintiffs' right of access to a nearby garage, and for damages and other relief, the defendant appeals from so much of a judgment of the Supreme Court, Queens County, entered December 22, 1959, as granted an injunction and awarded damages. Judgment insofar as appealed from affirmed, with costs. No opinion. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.